**SECRET**

**IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF MISSOURI
SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**MATTHEW CLORE,**<br>[DOB: 12-5-2006]<br><br>Defendant. | **No.** 26-03039-01-CR-S-SRB<br><br>**COUNT 1**<br>18 U.S.C. § 933(a)(1) and (b)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**COUNT 2**<br>18 U.S.C. §§ 922(g)(3) and 924(a)(8)<br>NMT 15 Years Imprisonment<br>NMT $250,000 Fine<br>NMT 3 Years Supervised Release<br>Class C Felony<br><br>**FORFEITURE ALLEGATION**<br>18 U.S.C. § 924(d)<br>28 U.S.C. § 2461(c)<br><br>$100 Special Assessment (Each Count of<br>Conviction) |

**I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT:**

**COUNT 1**

On or about June 10, 2025, in Christian County, in the Western District of Missouri, and elsewhere, the defendant, **MATTHEW CLORE**, did ship, transport, transfer, cause to be transported, or other dispose of a firearm, specifically a Glock pistol bearing serial number WCY216, to another person, in and affecting interstate and foreign commerce, knowing or having reasonable cause to believe that the use, carrying, and possession of a firearm by the recipient would constitute a felony (as defined in section 932(a)), all in violation of Title 18, United States Code, Sections 933(a)(1) and (b).

1

## COUNT 2

Beginning on an unknown date, but as early as May 1, 2025, and continuing through June 10, 2025, said dates being approximate, in Christian County, in the Western District of Missouri, the defendant, **MATTHEW CLORE**, knowing that he was an unlawful user of a controlled substance as defined in 21 U.S.C. § 802, knowingly possessed one or more firearms, which had been transported in interstate commerce, all in violation of Title 18, United States Code, Sections 922(g)(3) and 924(a)(8).

## FORFEITURE ALLEGATION

The allegations contained in Counts 1 through 2 of this Indictment are re-alleged and incorporated by reference as though set forth fully here in for the purpose of alleging forfeiture pursuant to the provisions of Title 18, United States Code, Section 924(d) and Title 28, United States Code, Section 2461(c).

Upon conviction of the offense set forth in this Indictment, the defendant shall forfeit to the United States any firearms and ammunition involved or used in the commission of the offenses, including, but not limited to, (1) three boxes of ammunition, and (2) eleven rounds of Federal .380 caliber ammunition, all seized on June 26, 2025, all pursuant to 18 U.S.C. § 924(d) and 28 U.S.C. § 2461(c).

**A TRUE BILL.**

*SIGNATURE ON FILE WITH USAO*

**FOREPERSON OF THE GRAND JURY**

*James J. Kelleher    for*

**STEPHANIE L. WAN**
Assistant United States Attorney
Missouri Bar #58918

Dated: March 10, 2026
Springfield, Missouri

2